

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2016

No. 04-16-00380-CR

Richard **PRIETO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR9942
Honorable Lorina I. Rummel, Judge Presiding

# O R D E R

The appellant's motion for extension of time to file their brief is granted.  The appellant's brief is due on January 2, 2017.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2016.

_____
Keith E. Hottle
Clerk of Court